640 A.2d 1270

PHOENIXVILLE POLICE ASSOCIATION, by Ronald
F. SWEET, Trustee ad Litem, Appellant,

v.

Barbara HAFER, Auditor General of the
Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

Argued April 7, 1994.

Decided April 22, 1994.

Gary M. Lightman and James L. McAneny, Harrisburg, for Phoenixville Police Ass'n.

Robert J. Schwartz, Harrisburg, for Auditor Gen.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.